**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**ANTHONY VINES and DOMINIQUE LEWIS,**                                                       **PLAINTIFFS**
**Individually and on Behalf of All Others Similarly Situated**

**VS.**                                               **4:18-CV-00509-BRW**

**WELSPUN PIPES, INC.,** *et al.*                                                           **DEFENDANTS**

### ORDER

Pending is a Joint Motion to Dismiss With Prejudice and to Approve Settlement (Doc. No. 89). Based the submissions explaining the settlement agreement and a review of the record, I find that the settlement represents a fair and reasonable resolution of a *bona fide* dispute and is consistent with the goals of the FLSA. Furthermore, the parties now have negotiated liability damages entirely separately from attorneys' fees, consistent with Eighth Circuit precedent.[1]

Accordingly, the Joint Motion to Dismiss With Prejudice and to Approve Settlement (Doc. No. 89) is GRANTED. This case is DISMISSED with prejudice, subject to the terms of the settlement agreement. This Court specifically retains jurisdiction to enforce the terms of the settlement agreement.

IT IS SO ORDERED this 1st day of June, 2020.

                                              Billy Roy Wilson
                                              UNITED STATES DISTRICT JUDGE

---

[1] *Barbee v. Big River Steel, LLC.*, 927 F.3d 1024, 1027 n.2 (8th Cir. 2019) (A court must "ensure the attorney fees were in fact negotiated separately and without regard to the plaintiff's FLSA claim, and there was no conflict of interest between the attorney and his or her client.").