## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ANTHONY VINES and DOMINIQUE LEWIS,**                                          **PLAINTIFFS**
**Individually and on Behalf of All Others Similarly Situated**

**VS.**                                          **4:18-CV-00509-BRW**

**WELSPUN PIPES, INC.,** *et al.*                                          **DEFENDANTS**

### JUDGMENT

Consistent with the order entered today, this case is DISMISSED with prejudice, subject

to the terms of the settlement agreement.

IT IS SO ORDERED this 1st day of June, 2020.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE