| TYPE | DATE | DESCRIPTION | HOUR | RATE | TOTAL | ATTORNEY |
|---|---|---|---|---|---|---|
| Compose Email | 6/4/2020 | Compose e-mail to DF regarding telephone conversation with potential late opt in plaintiff | 0.1 | $100.00 | $10.00 | TB |
| Work on | 6/4/2020 | Work on Client's file: continued review and categorization of billing for fee petition | 2.8 | $175.00 | $490.00 | DF |
| Conference Telephone | 6/4/2020 | Conferences with JS re: fee petition | 0.3 | $175.00 | $52.50 | DF |
| Conference - Attorney and Client | 6/3/2020 | Telephone Conference(s) between Attorney and Client Steven Woods | 0 | $325.00 | $0.00 | JS |
| Conference | 6/3/2020 | Conference with DF: fee request | 0.1 | $325.00 | $32.50 | JS |
| Telephone Conference - Attorney and Client | 6/3/2020 | Telephone Conference(s) between Attorney and Client: update clients on status of case | 0.3 | $175.00 | $52.50 | DF |
| Draft Document | 6/3/2020 | Preparation and drafting of fee petition | 1.4 | $175.00 | $245.00 | DF |
| Examination of | 6/2/2020 | Examination of IOM: demand | 0.1 | $325.00 | $32.50 | JS |
| Telephone Conference | 6/1/2020 | Telephone Conference(s) with opt-in re case information | 0.1 | $75.00 | $7.50 | LC |
| Examination of | 6/1/2020 | Examination of demand to OCs | 0.1 | $325.00 | $32.50 | JS |
| Examination of | 6/1/2020 | Examination of IOM: fee negotiation | 0.1 | $325.00 | $32.50 | JS |
| Examination of | 6/1/2020 | Examination of chambers' email | 0.1 | $325.00 | $32.50 | JS |
| Examination of | 6/1/2020 | Examination of irder | 0.1 | $325.00 | $32.50 | JS |
| Edit and Revision | 6/1/2020 | Editing and revision of demand for fees | 0.2 | $325.00 | $65.00 | JS |
| Edit and Revision | 6/1/2020 | Editing and revision of letter to chambers | 0.1 | $325.00 | $32.50 | JS |
| Conference | 6/1/2020 | Conference with JW (team leader) re strategy | 0.2 | $175.00 | $35.00 | DF |
| Conference | 6/1/2020 | Conference with DF: demand for fees | 0.2 | $325.00 | $65.00 | JS |
| Conference | 6/1/2020 | Conference with DF: fee request | 0.2 | $325.00 | $65.00 | JS |
| Conference | 6/1/2020 | Conference with DF re: status, settlement; | 0.2 | $225.00 | $45.00 | JLW |
| Read and Respond to Email | 6/1/2020 | Receive, read and prepare response to email(s) from OCs: fees | 0.1 | $325.00 | $32.50 | JS |
| Read and Respond to Email | 6/1/2020 | Receive, read and prepare response to email(s) from OC: fees | 0.1 | $325.00 | $32.50 | JS |

| Task | Date | Description | Hours | Rate | Amount | Atty |
|---|---|---|---|---|---|---|
| Read and Respond to Email | 6/1/2020 | Receive, read and prepare response to email(s) from DF: communication with court | 0.1 | $325.00 | $32.50 | JS |
| Read and Respond to Email | 6/1/2020 | Receive, read and prepare response to email(s) from OC | 0.1 | $325.00 | $32.50 | JS |
| Read and Respond to Email | 6/1/2020 | Receive, read and prepare response to email(s) from OCs and chambers | 0.2 | $325.00 | $65.00 | JS |
| Read and Respond to Email | 6/1/2020 | Receive, read and prepare response to email(s) from JS, JW and SR re: judgment, strategy | 0.3 | $175.00 | $52.50 | DF |
| Telephone Conference | 6/1/2020 | Telephone Conference(s) with JS re: court order | 0.3 | $175.00 | $52.50 | DF |
| Receipt and Review | 6/1/2020 | Receipt and review of court's order and judgment, saving to file | 0.3 | $175.00 | $52.50 | DF |
| Examination of | 5/8/2020 | Examination of emails with OC | 0.1 | $325.00 | $32.50 | JS |
| Edit and Revision | 5/8/2020 | Editing and revision of renewed motion documents | 0.3 | $175.00 | $52.50 | DF |
| Examination of | 5/8/2020 | Examination of draft renewed motion for settlement approval; discuss with DF | 0.4 | $225.00 | $90.00 | SR |
| Examination of | 5/8/2020 | Examination of IOMS: emails with OC | 0.2 | $325.00 | $65.00 | JS |
| Examination of | 5/8/2020 | Examination of OC email | 0.1 | $325.00 | $32.50 | JS |
| Compose Electronic Communication | 5/8/2020 | Compose electronic communication sending relevant pleadings to SR for case strategy | 0.2 | $175.00 | $35.00 | DF |
| Read and Respond to Email | 5/8/2020 | Receive, read and prepare response to email(s) from DF: REVISIONS TO MOTION | 0.1 | $325.00 | $32.50 | JS |
| Read and Respond to Email | 5/8/2020 | Receive, read and prepare response to email(s) from JS re: conferring with SR on case strategy | 0.2 | $175.00 | $35.00 | DF |
| Telephone Conference | 5/8/2020 | Telephone Conference(s) with SR re: case strategy | 0.3 | $175.00 | $52.50 | DF |
| Compose Email | 5/7/2020 | Compose e-mail to OC re: late opt-ins | 0.1 | $125.00 | $12.50 | DF |
| Telephone Conference - Attorney and Client | 5/7/2020 | Telephone Conference(s) between Attorney and Client: update three clients on status of case | 0.3 | $175.00 | $52.50 | DF |
| Telephone Conference | 5/7/2020 | Telephone Conference(s) with JS re: case strategy | 0.3 | $175.00 | $52.50 | DF |

| | | | | | |
|---|---|---|---|---|---|
| Read and Respond to Email | 5/7/2020 | Receive, read and prepare response to email(s) from intakes re: Gathings update and request for advance | 0.2 | $175.00 | $35.00 DF |
| Read and Respond to Email | 5/7/2020 | Receive, read and prepare response to email(s) from DF: motion for reconsideration | 0.1 | $325.00 | $32.50 JS |
| Draft Document | 5/7/2020 | Preparation and drafting of IOM: motion for reconsideration | 0.1 | $325.00 | $32.50 JS |
| Edit and Revision | 5/6/2020 | Editing and revision of renewed motion documents, adding language and removing some paragraphs | 0.5 | $175.00 | $87.50 DF |
| Telephone Conference | 5/6/2020 | Telephone Conference(s) with DF | 0.1 | $325.00 | $32.50 JS |
| Telephone Conference | 5/6/2020 | Telephone Conference(s) with OC- left VM | 0.1 | $325.00 | $32.50 JS |
| Read and Respond to Email | 5/5/2020 | Receive, read and prepare response to email(s) from TF with additional CTJs | 0.1 | $125.00 | $12.50 DF |
| Telephone Conference - Attorney and Client | 5/5/2020 | Telephone Conference(s) between Attorney and Client: update three clients on status of case | 0.3 | $175.00 | $52.50 DF |
| Receipt and Review | 5/5/2020 | Receipt and review of OC edits to renewed motions | 0.4 | $175.00 | $70.00 DF |
| Conference | 5/5/2020 | Conferences with JS re: renewed motions, following up with OC | 0.2 | $175.00 | $35.00 DF |
| Examination of | 5/5/2020 | Examination of email to OC | 0.1 | $325.00 | $32.50 JS |
| Examination of | 5/4/2020 | Examination of OC email | 0.1 | $325.00 | $32.50 JS |
| Examination of | 5/4/2020 | Examination of email to OC | 0.1 | $325.00 | $32.50 JS |
| Conference | 5/29/2020 | Conference with AR regarding potential opt in plaintiff regarding consent to join and case deadlines | 0.1 | $100.00 | $10.00 TB |
| Receipt and Review | 5/29/2020 | Receipt and review of filed versions by OC | 0.2 | $175.00 | $35.00 DF |
| Telephone Conference - Attorney and Client | 5/29/2020 | Telephone Conference(s) between Attorney and Client: update client on status of case | 0.2 | $175.00 | $35.00 DF |
| Telephone Conference | 5/29/2020 | Telephone Conference(s) with JS re: status of filings | 0.2 | $175.00 | $35.00 DF |
| Telephone Conference | 5/29/2020 | Telephone Conference(s) with OC re: status of filing | 0.4 | $175.00 | $70.00 DF |

| Task | Date | Description | Hours | Rate | Amount | Atty |
|---|---|---|---|---|---|---|
| Read and Respond to Email | 5/29/2020 | Receive, read and prepare response to email(s) from Court re: filing procedure/settlement | 0.3 | $175.00 | $52.50 | DF |
| Read and Respond to Email | 5/29/2020 | Receive, read and prepare response to email(s) from DF | 0.1 | $325.00 | $32.50 | JS |
| Read and Respond to Email | 5/29/2020 | Receive, read and prepare response to email(s) from chambers | 0.1 | $325.00 | $32.50 | JS |
| Conference | 5/29/2020 | Conference with DF: liability motion | 0.1 | $325.00 | $32.50 | JS |
| Edit and Revision | 5/29/2020 | Editing and revision of email to chambers | 0.2 | $325.00 | $65.00 | JS |
| Edit and Revision | 5/29/2020 | Editing and revision of settlement agreement and motion to comport with Court communications re: filings | 0.3 | $175.00 | $52.50 | DF |
| Examination of | 5/29/2020 | Examination of emails with OC | 0.1 | $325.00 | $32.50 | JS |
| Examination of | 5/29/2020 | Examination of OC email | 0.1 | $325.00 | $32.50 | JS |
| Examination of | 5/29/2020 | Examination of email to OC | 0.1 | $325.00 | $32.50 | JS |
| Examination of | 5/29/2020 | Examination of emails with OCs | 0.1 | $325.00 | $32.50 | JS |
| Examination of | 5/29/2020 | Examination of emails with OC | 0.1 | $325.00 | $32.50 | JS |
| Examination of | 5/29/2020 | Examination of filed motion | 0.1 | $325.00 | $32.50 | JS |
| Examination of | 5/28/2020 | Examination of filed motion | 0.1 | $325.00 | $32.50 | JS |
| Review IOM of Deadline | 5/28/2020 | Examination of Intra-office memo regarding case events and deadlines | 0.1 | $325.00 | $32.50 | JS |
| Examination of | 5/28/2020 | Examination of email to OC | 0.1 | $325.00 | $32.50 | JS |
| Examination of | 5/28/2020 | Examination of email to OC; from OC | 0.2 | $325.00 | $65.00 | JS |
| Examination of | 5/28/2020 | Examination of emails with OCs | 0.2 | $325.00 | $65.00 | JS |
| Examination of | 5/28/2020 | Examination of email to chambers | 0.1 | $325.00 | $32.50 | JS |
| Examination of | 5/28/2020 | Examination of chambers' correspondence; OC correspondence | 0.2 | $325.00 | $65.00 | JS |
| Examination of | 5/28/2020 | Examination of email to OC | 0.1 | $325.00 | $32.50 | JS |
| Examination of | 5/28/2020 | Examination of offer from OC | 0.1 | $325.00 | $32.50 | JS |

| | | | | | |
|---|---|---|---|---|---|
| Edit and Revision | 5/28/2020 | Editing and revision of settlement agreement and renewed motion | 1.2 | $175.00 | $210.00 DF |
| Edit and Revision | 5/28/2020 | Final Editing and revision of settlement agreement and documents, sending to OC for filing | 0.3 | $175.00 | $52.50 DF |
| Edit and Revision | 5/28/2020 | Editing and revision of revised settlement docs | 0.2 | $325.00 | $65.00 JS |
| Edit and Revision | 5/28/2020 | Editing and revision of demand | 0.1 | $325.00 | $32.50 JS |
| Conference | 5/28/2020 | Conference with JS re: responding to court's emails | 0.2 | $175.00 | $35.00 DF |
| Conference | 5/28/2020 | Conferences with JS re: settlement, documentation, filing procedure | 0.3 | $175.00 | $52.50 DF |
| Conference | 5/28/2020 | Conference with DF: counter | 0.1 | $325.00 | $32.50 JS |
| Read and Respond to Email | 5/28/2020 | Receive, read and prepare response to email(s) from DF: counter offer | 0.1 | $325.00 | $32.50 JS |
| Read and Respond to Email | 5/28/2020 | Receive, read and prepare response to email(s) from DF: final offer | 0.2 | $325.00 | $65.00 JS |
| Read and Respond to Email | 5/28/2020 | Receive, read and prepare response to email(s) from DF: chambers' email | 0.1 | $325.00 | $32.50 JS |
| Read and Respond to Email | 5/28/2020 | Receive, read and prepare response to email(s) from staff re: calling OC | 0.1 | $175.00 | $17.50 DF |
| Read and Respond to Email | 5/28/2020 | Receive, read and prepare response to series of email(s) from JS and OC re: settlement | 0.8 | $175.00 | $140.00 DF |
| Read and Respond to Email | 5/28/2020 | Receive, read and prepare response to email(s) from Court re: filing procedure/settlement | 0.4 | $175.00 | $70.00 DF |
| Telephone Conference | 5/27/2020 | Telephone Conference(s) with OC re: settlement procedure/document edits | 0.2 | $175.00 | $35.00 DF |
| Telephone Conference | 5/27/2020 | Telephone Conference(s) with OC | 0.3 | $175.00 | $52.50 DF |
| Read and Respond to Email | 5/27/2020 | Receive, read and prepare response to email(s) from OC re: settlement | 0.3 | $175.00 | $52.50 DF |
| Read and Respond to Email | 5/27/2020 | Receive, read and prepare response to email(s) from AS re: case update | 0.1 | $175.00 | $17.50 DF |
| Conference | 5/27/2020 | Conference with DF: offer from OCs | 0.1 | $325.00 | $32.50 JS |
| Conference | 5/27/2020 | Conferences with JS re: settlement and documentation | 0.3 | $175.00 | $52.50 DF |

| | | | | | | |
|---|---|---|---|---|---|---|
| Edit and Revision | 5/27/2020 | Editing and revision of demand to OCs | 0.1 | $325.00 | $32.50 | JS |
| Examination of | 5/27/2020 | Examination of email to OCs | 0.1 | $325.00 | $32.50 | JS |
| Examination of | 5/27/2020 | Examination of OC email | 0.1 | $325.00 | $32.50 | JS |
| Examination of | 5/26/2020 | Examination of offer from OCs | 0.1 | $325.00 | $32.50 | JS |
| Examination of | 5/26/2020 | Examination of OC email | 0.1 | $325.00 | $32.50 | JS |
| Examination of | 5/26/2020 | Examination of email to OCs | 0.1 | $325.00 | $32.50 | JS |
| Read and Respond to Email | 5/26/2020 | Receive, read and prepare response to email(s) from OC re: settlement | 0.3 | $175.00 | $52.50 | DF |
| Read and Respond to Email | 5/26/2020 | Receive, read and prepare response to email(s) from OC re: settlement | 0.2 | $175.00 | $35.00 | DF |
| Telephone Conference - Attorney and Client | 5/26/2020 | Telephone Conference(s) between Attorney and Client: update clients on status of case | 0.3 | $175.00 | $52.50 | DF |
| Compose Electronic Communication | 5/25/2020 | Compose electronic communications to OC re: settlement | 0.2 | $175.00 | $35.00 | DF |
| Read and Respond to Email | 5/22/2020 | Receive, read and prepare response to email(s) from AK re: late opt-in | 0.1 | $150.00 | $15.00 | DF |
| Read and Respond to Email | 5/22/2020 | Receive, read and prepare response to email(s) from intakes re: updating client | 0.2 | $175.00 | $35.00 | DF |
| Read and Respond to Email | 5/22/2020 | Receive, read and prepare response to email(s) from JS and OC re: settlement | 0.3 | $175.00 | $52.50 | DF |
| Work on | 5/22/2020 | Work on Client's file: first demand; email DF | 0.2 | $325.00 | $65.00 | JS |
| Compose Electronic Communication | 5/22/2020 | Compose electronic communication to JS re: draft demand/settlement communication to OC | 0.3 | $175.00 | $52.50 | DF |
| Examination of | 5/22/2019 | Examination of email to OC | 0.1 | $325.00 | $32.50 | JS |
| Read and Respond to Email | 5/21/2020 | Receive, read and prepare response to email(s) from prospective client Steven Shane Wooley regarding late opt in | 0.2 | $350.00 | $70.00 | MQM |
| Conference | 5/21/2020 | Conference with JS re: settlement call with OC | 0.2 | $175.00 | $35.00 | DF |

| Task | Date | Description | Hours | Rate | Amount | Initials |
|---|---|---|---|---|---|---|
| Work on | 5/21/2020 | Work on Client's file: prepare for settlement call with OC | 0.2 | $175.00 | $35.00 | DF |
| Receipt and Review | 5/21/2020 | Receipt and review of calendar invite for conference call | 0.1 | $175.00 | $17.50 | DF |
| Read and Respond to Email | 5/21/2020 | Receive, read and prepare response to email(s) from OC re: scheduling call | 0.3 | $175.00 | $52.50 | DF |
| Read and Respond to Email | 5/21/2020 | Receive, read and prepare response to email(s) from OC re: settlement parameters | 0.2 | $175.00 | $35.00 | DF |
| Read and Respond to Email | 5/21/2020 | Receive, read and prepare response to email(s) from MCP re: vines update for opt-in Watkins | 0.2 | $175.00 | $35.00 | DF |
| Read and Respond to Email | 5/20/2020 | Receive, read and prepare response to email(s) from AR re: late opt-in | 0.1 | $150.00 | $15.00 | DF |
| Telephone Conference - Attorney and Client | 5/20/2020 | Telephone Conference(s) between Attorney and Client: updating multiple clients on status of case | 0.4 | $175.00 | $70.00 | DF |
| Read and Respond to Email | 5/20/2020 | Receive, read and prepare response to email(s) from MCP re: updating Savage | 0.2 | $175.00 | $35.00 | DF |
| Read and Respond to Email | 5/20/2020 | Receive, read and prepare response to email(s) from DF: negotiations | 0.1 | $325.00 | $32.50 | JS |
| Examination of | 5/20/2020 | Examination of email to OC | 0.1 | $325.00 | $32.50 | JS |
| Telephone Conference - Attorney and Client | 5/19/2020 | Telephone Conference(s) between Attorney and Client: potential opt-in | 0.1 | $75.00 | $7.50 | MS |
| Conference | 5/19/2020 | Conference with DF: new negotiations | 0.1 | $325.00 | $32.50 | JS |
| Edit and Revision | 5/19/2020 | Editing and revision of Notice to Court, finalizing for filing | 0.4 | $175.00 | $70.00 | DF |
| Examination of | 5/19/2020 | Examination of notice-filed | 0.1 | $325.00 | $32.50 | JS |
| Examination of | 5/19/2020 | Examination of order | 0.1 | $325.00 | $32.50 | JS |
| Filing of | 5/19/2020 | Filing of Notice to Court | 0.2 | $175.00 | $35.00 | DF |
| Receipt and Review | 5/19/2020 | Receipt and review of Order re Settlement; save in file; calendar deadline | 0.1 | $60.00 | $6.00 | TF |
| Receipt and Review | 5/19/2020 | Receipt and review of order requiring new settlement process | 0.3 | $175.00 | $52.50 | DF |

| Task | Date | Description | Hours | Rate | Amount | Atty |
|---|---|---|---|---|---|---|
| Read and Respond to Email | 5/19/2020 | Receive, read and prepare response to email(s) from JS and court re: waiver of fee determination | 0.4 | $175.00 | $70.00 | DF |
| Read and Respond to Email | 5/19/2020 | Receive, read and prepare response to email(s) from chambers and OC | 0.2 | $325.00 | $65.00 | JS |
| Telephone Conference - Attorney and Client | 5/18/2020 | Telephone Conference(s) between Attorney and Client: quick updates for two clients | 0.2 | $175.00 | $35.00 | DF |
| Telephone Conference - Attorney and Client | 5/18/2020 | Telephone Conference(s) between Attorney and Client: update client on status of case | 0.2 | $175.00 | $35.00 | DF |
| Read and Respond to Email | 5/18/2020 | Receive, read and prepare response to email(s) from DF: revised order response | 0.2 | $325.00 | $65.00 | JS |
| Read and Respond to Email | 5/18/2020 | Receive, read and prepare response to email(s) from SR/DF: response to order | 0.1 | $325.00 | $32.50 | JS |
| Read and Respond to Email | 5/18/2020 | Receive, read and prepare response to email(s) from DF: response to order | 0.1 | $325.00 | $32.50 | JS |
| Read and Respond to Email | 5/18/2020 | Receive, read and prepare response to email(s) from JS re: notice to court | 0.2 | $175.00 | $35.00 | DF |
| Read and Respond to Email | 5/18/2020 | Receive, read and prepare response to email(s) from JS and SR re: notice to court | 0.4 | $175.00 | $70.00 | DF |
| Draft Document | 5/18/2020 | Preparation and drafting of notice to court | 0.8 | $175.00 | $140.00 | DF |
| Strategy Conference | 5/18/2020 | Discussion of case status and directing case strategy to Attorney JW | 0.1 | $325.00 | $32.50 | JS |
| Examination of | 5/18/2020 | Examination of clerks notice | 0.1 | $325.00 | $32.50 | JS |
| Edit and Revision | 5/18/2020 | Editing and revision of notice regarding motion for approval of settlement; follow-up email to JS and DF | 0.2 | $225.00 | $45.00 | SR |
| Edit and Revision | 5/18/2020 | Editing and revision of response to order | 0.2 | $325.00 | $65.00 | JS |
| Conference | 5/18/2020 | Conference with JW, DF, TB, MCP, and LC re case status, strategy, and next steps | 0.1 | $175.00 | $17.50 | BH |

| | | | | | | |
|---|---|---|---|---|---|---|
| Conference | 5/18/2020 | Conference with DF re: notice to court deadline; | 0.1 | $225.00 | $22.50 | JLW |
| Conference | 5/18/2020 | Conference with SS re: case status | 0.1 | $0.00 | $0.00 | LHH |
| Work on | 5/15/2020 | Work on Client's file regarding save signed K in file and update ML | 0.1 | $75.00 | $7.50 | LC |
| Read and Respond to Email | 5/15/2020 | Receive, read and prepare response to email(s) from MCP re: opt-in requests for updates; status of case | 0.3 | $175.00 | $52.50 | DF |
| Telephone Conference | 5/15/2020 | Telephone Conference(s) with JS re: notice to court | 0.2 | $175.00 | $35.00 | DF |
| Conference | 5/15/2020 | Conference with DF: response to order | 0.1 | $325.00 | $32.50 | JS |
| Conference | 5/14/2020 | Conference with TB re: additional opt-in | 0.1 | $125.00 | $12.50 | DF |
| Examination of | 5/14/2020 | Examination of order | 0.1 | $325.00 | $32.50 | JS |
| Telephone Conference - Attorney and Client | 5/14/2020 | Telephone Conference(s) between Attorney and Client: update client on status of case | 0.2 | $175.00 | $35.00 | DF |
| Read and Respond to Email | 5/14/2020 | Receive, read and prepare response to email(s) from SR and JS re: motion for reconsideration | 0.4 | $175.00 | $70.00 | DF |
| Read and Respond to Email | 5/14/2020 | Receive, read and prepare response to email(s) from AS re: late opt-in; check file for SOL dates | 0.3 | $175.00 | $52.50 | DF |
| Read and Respond to Email | 5/14/2020 | Receive, read and prepare response to email(s) from DF/SR: strategy | 0.1 | $325.00 | $32.50 | JS |
| Strategy Conference | 5/14/2020 | Discussion of case status and directing case strategy to Attorney SR | 0.2 | $325.00 | $65.00 | JS |
| Strategy Conference | 5/14/2020 | Discussion of case status and directing case strategy to Attorney GS | 0.1 | $325.00 | $32.50 | JS |
| Draft Document | 5/14/2020 | Preparation and drafting of IOM: response to order | 0.1 | $325.00 | $32.50 | JS |
| Receipt and Review | 5/14/2020 | Receipt and review of order denying motion for reconsideration; follow-up email to JS and DF | 0.2 | $225.00 | $45.00 | SR |
| Receipt and Review | 5/14/2020 | Receipt and review of Order; save in file; calendar deadline | 0.1 | $60.00 | $6.00 | TF |
| Receipt and Review | 5/13/2020 | Receipt and review of order on motion for reconsideration | 0.3 | $175.00 | $52.50 | DF |

| Task | Date | Description | Hours | Rate | Amount | Atty |
|---|---|---|---|---|---|---|
| Examination of | 5/12/2020 | Examination of signed contracts | 0.1 | $325.00 | $32.50 | JS |
| Edit and Revision | 5/12/2020 | Final edits and finalizing of motion for reconsideration | 0.5 | $175.00 | $87.50 | DF |
| Edit and Revision | 5/12/2020 | Editing and revision of motion for reconsideration | 0.3 | $325.00 | $97.50 | JS |
| Examination of | 5/12/2020 | Examination of filed revenue motion | 0.1 | $325.00 | $32.50 | JS |
| Telephone Conference - Attorney and Client | 5/12/2020 | Telephone Conference(s) between Attorney and Client: update three clients on status of case | 0.3 | $175.00 | $52.50 | DF |
| Read and Respond to Email | 5/12/2020 | Receive, read and prepare response to email(s) from JS re: edits to motion for reconsideration | 0.2 | $175.00 | $35.00 | DF |
| Read and Respond to Email | 5/12/2020 | Receive, read and prepare response to email(s) from GM re: Hackett opt-in calls | 0.3 | $175.00 | $52.50 | DF |
| Strategy Conference | 5/12/2020 | Discussion of case status and directing case strategy to Attorney DF | 0.1 | $325.00 | $32.50 | JS |
| Filing of | 5/11/2020 | Filing of Motion for Reconsideration and Exhibits | 0.3 | $175.00 | $52.50 | DF |
| Telephone Conference - Attorney and Client | 5/11/2020 | Telephone Conference(s) between Attorney and Client: updating multiple clients on status of case | 0.4 | $175.00 | $70.00 | DF |
| Examination of | 5/11/2020 | Examination of IOM: renewed motion | 0.1 | $325.00 | $32.50 | JS |
| Examination of | 5/11/2020 | Examination of OC email | 0.1 | $325.00 | $32.50 | JS |
| Edit and Revision | 5/11/2020 | Editing and revision of Motion for Reconsideration | 0.6 | $175.00 | $105.00 | DF |
| Read and Respond to Email | 4/9/2020 | Receive, read and prepare response to email(s) from Opposing Counsel | 0.1 | $325.00 | $32.50 | JS |
| Read and Respond to Email | 4/8/2020 | Receive, read and prepare response to email(s) from staff re: updating client | 0.2 | $175.00 | $35.00 | DF |
| Telephone Conference - Attorney and Client | 4/8/2020 | Telephone Conference(s) between Attorney and Client: update on status of case | 0.3 | $175.00 | $52.50 | DF |
| Read and Respond to Email | 4/7/2020 | Receive, read and prepare response to email(s) from staff re: updating client | 0.2 | $175.00 | $35.00 | DF |

| Task | Date | Description | Hours | Rate | Amount | Initials |
|---|---|---|---|---|---|---|
| Telephone Conference - Attorney and Client | 4/6/2020 | Telephone Conference(s) between Attorney and Client: update clients on status of case | 0.3 | $175.00 | $52.50 | DF |
| Telephone Conference - Attorney and Client | 4/30/2020 | Telephone Conference(s) between Attorney and Client: update multiple clients on status of the case | 0.4 | $175.00 | $70.00 | DF |
| Read and Respond to Email | 4/3/2020 | Receive, read and prepare response to email(s) from OC re: possible settlement negotiations | 0.2 | $125.00 | $25.00 | DF |
| Filing of | 4/3/2020 | Filing of addendum to MCA | 0.2 | $175.00 | $35.00 | DF |
| Read and Respond to Email | 4/3/2020 | Receive, read and prepare response to email(s) from OC and DF: response to chambers | 0.1 | $325.00 | $32.50 | JS |
| Read and Respond to Email | 4/3/2020 | Receive, read and prepare response to email(s) from OC, the court and JS re: clarification to addendum exhibits | 0.6 | $175.00 | $105.00 | DF |
| Examination of | 4/3/2020 | Examination of emails with OC | 0.1 | $325.00 | $32.50 | JS |
| Examination of | 4/3/2020 | Examination of email to chambers | 0.1 | $325.00 | $32.50 | JS |
| Examination of | 4/3/2020 | Examination of filed addendum | 0.1 | $325.00 | $32.50 | JS |
| Examination of | 4/29/2019 | Examination of chambers' email | 0.1 | $325.00 | $32.50 | JS |
| Read and Respond to Email | 4/27/2020 | Receive, read and prepare response to email(s) from AP re: CTJs | 0.2 | $125.00 | $25.00 | DF |
| Edit and Revision | 4/27/2020 | Editing and revision of motion and two declarations | 0.4 | $325.00 | $130.00 | JS |
| Examination of | 4/27/2020 | Examination of OC email | 0.1 | $325.00 | $32.50 | JS |
| Conference | 4/26/2019 | Conference with JW, DF, TB and MCP re case status, strategy, and next steps | 0.1 | $175.00 | $17.50 | BH |
| Telephone Conference - Attorney and Client | 4/24/2020 | Telephone Conference(s) between Attorney and Client James Brown regarding contract | 0.1 | $75.00 | $7.50 | MS |
| Draft Document | 4/24/2020 | Preparation and drafting of declarations in support of renewed motion | 1.2 | $175.00 | $210.00 | DF |
| Legal Research | 4/24/2020 | Perform legal research regarding other cases with approved contingency fees higher than effective contingency fee | 0.3 | $175.00 | $52.50 | DF |

| Task | Date | Description | Hours | Rate | Amount | Atty |
|---|---|---|---|---|---|---|
| Read and Respond to Email | 4/24/2020 | Receive, read and prepare response to email(s) from client re: status of case | 0.2 | $175.00 | $35.00 | DF |
| Edit and Revision | 4/23/2020 | Editing and revision of draft renewed motion for JS and OC review | 2.1 | $175.00 | $367.50 | DF |
| Conference | 4/23/2020 | Conference with DF: renewed joint motion | 0.2 | $325.00 | $65.00 | JS |
| Conference | 4/23/2020 | Conference with JS re: edits to renewed motion to approve | 0.2 | $175.00 | $35.00 | DF |
| Edit and Revision | 4/23/2020 | Editing and revision of renewed joint motion | 0.2 | $325.00 | $65.00 | JS |
| Read and Respond to Email | 4/23/2020 | Receive, read and prepare response to email(s) from DF: renewed joint motion | 0.1 | $325.00 | $32.50 | JS |
| Read and Respond to Email | 4/23/2020 | Receive, read and prepare response to email(s) from client re: status of case | 0.2 | $175.00 | $35.00 | DF |
| Telephone Conference - Attorney and Client | 4/23/2020 | Telephone Conference(s) between Attorney and Client: update client on status of case | 0.2 | $175.00 | $35.00 | DF |
| Draft Document | 4/23/2020 | Preparation and drafting of declarations | 0.4 | $175.00 | $70.00 | DF |
| Receipt and Review | 4/23/2019 | Receipt and review of edits to rewewed motion to approve | 0.3 | $175.00 | $52.50 | DF |
| Telephone Conference - Attorney and Client | 4/22/2020 | Telephone Conference(s) between Attorney and Client: potential opt-in regarding case facts | 0.2 | $75.00 | $15.00 | MS |
| Draft Document | 4/22/2020 | Preparation and drafting and editing of renewed motion for approval | 2.1 | $175.00 | $367.50 | DF |
| Legal Research | 4/22/2020 | Perform legal research regarding 8th Circuit attorneys' fees law/finality for appeals | 0.3 | $175.00 | $52.50 | DF |
| Telephone Conference - Attorney and Client | 4/22/2020 | Telephone Conference(s) between Attorney and Client re: updating two clients on status of case. | 0.4 | $175.00 | $70.00 | DF |
| Read and Respond to Email | 4/22/2020 | Receive, read and prepare response to email(s) from JS re: renewed motion for approval | 0.2 | $175.00 | $35.00 | DF |
| Conference | 4/21/2020 | Conference with SS re: case status | 0.1 | $0.00 | $0.00 | LHH |
| Conference | 4/21/2020 | Conference with DF: motion for reconsideration | 0.1 | $325.00 | $32.50 | JS |

| Task | Date | Description | Hours | Rate | Amount | Atty |
|---|---|---|---|---|---|---|
| Examination of | 4/21/2020 | Examination of order denying approval of settlement; follow-up phone conference with SG regarding effect on future settlements | 0.4 | $0.00 | $0.00 | SR |
| Read and Respond to Email | 4/21/2020 | Receive, read and prepare response to email(s) from staff re: client updates | 0.3 | $175.00 | $52.50 | DF |
| Telephone Conference | 4/21/2020 | Telephone Conference(s) with SR re: order on settlement | 0.1 | $0.00 | $0.00 | SG |
| Telephone Conference - Attorney and Client | 4/21/2020 | Telephone Conference(s) between Attorney and Client: updating on status of case | 0.2 | $175.00 | $35.00 | DF |
| Legal Research | 4/21/2020 | Perform legal research regarding 8th Circuit and surrounding circuits "separately negotiated fee" requirement. | 0.5 | $175.00 | $87.50 | DF |
| Draft Document | 4/20/2020 | Continued Preparation and drafting of renewed motion | 0.6 | $175.00 | $105.00 | DF |
| Draft Document | 4/20/2020 | Preparation and drafting of renewed motion for approval | 0.9 | $175.00 | $157.50 | DF |
| Read and Respond to Email | 4/20/2020 | Receive, read and prepare response to email(s) from OC and JS re: renewed motion for approval | 0.5 | $175.00 | $87.50 | DF |
| Read and Respond to Email | 4/20/2020 | Receive, read and prepare response to email(s) from Parker: case status | 0.1 | $325.00 | $32.50 | JS |
| Examination of | 4/20/2020 | Examination of emails with OC | 0.1 | $325.00 | $32.50 | JS |
| Conference | 4/20/2020 | Conference with JW and team re: motion for approval strategy | 0.1 | $175.00 | $17.50 | DF |
| Conference | 4/20/2020 | Conference with JW, DF, TB and MCP re case status, strategy, and next steps | 0.1 | $175.00 | $17.50 | BH |
| Conference | 4/2/2020 | Conference with JW, BH, DF and MCP re: denial of fees; case next steps | 0.1 | $175.00 | $17.50 | TB |
| Conference | 4/2/2020 | Conference with JS re: filing of addendum | 0.2 | $175.00 | $35.00 | DF |
| Conference | 4/2/2020 | Conferences with JS and SS re: addendum exhibits | 0.2 | $175.00 | $35.00 | DF |
| Examination of | 4/2/2020 | Examination of emaisl for court | 0.1 | $325.00 | $32.50 | JS |
| Examination of | 4/2/2020 | Examination of email to OC | 0.1 | $325.00 | $32.50 | JS |
| Examination of | 4/2/2020 | Examination of OC email | 0.1 | $325.00 | $32.50 | JS |

| | | | | | | |
|---|---|---|---|---|---|---|
| Edit and Revision | 4/2/2020 | Editing and revision of joint addendum | 0.2 | $325.00 | $65.00 | JS |
| Edit and Revision | 4/2/2020 | Editing and revision of addendum re: JS and oc edits | 0.5 | $175.00 | $87.50 | DF |
| Edit and Revision | 4/2/2020 | Editing and revision of addendum exhibits | 0.4 | $175.00 | $70.00 | DF |
| Read and Respond to Email | 4/2/2020 | Receive, read and prepare response to email(s) from DF: settlement addendum | 0.1 | $325.00 | $32.50 | JS |
| Read and Respond to Email | 4/2/2020 | Receive, read and prepare response to email(s) from DF: joint addendum | 0.1 | $325.00 | $32.50 | JS |
| Read and Respond to Email | 4/2/2020 | Receive, read and prepare response to email(s) from OC re: edits, filing of addendum | 0.3 | $175.00 | $52.50 | DF |
| Draft Document | 4/17/2020 | Finish Preparation and drafting of Addendum to Approval Motion | 1.2 | $175.00 | $210.00 | DF |
| Telephone Conference - Attorney and Client | 4/17/2020 | Telephone Conference(s) between Attorney and Client: update clients on status of case | 0.3 | $175.00 | $52.50 | DF |
| Draft Document | 4/16/2020 | Preparation and drafting of renewed motion, pursuant to discussions with JS and OC | 1.7 | $175.00 | $297.50 | DF |
| Read and Respond to Email | 4/16/2020 | Receive, read and prepare response to email(s) from GM re: opt-in requests for updates | 0.2 | $175.00 | $35.00 | DF |
| Read and Respond to Email | 4/16/2020 | Receive, read and prepare response to email(s) from vines opt-in re: status of case | 0.2 | $175.00 | $35.00 | DF |
| Read and Respond to Email | 4/15/2020 | Receive, read and prepare response to email(s) from AS re: potential opt-in | 0.2 | $175.00 | $35.00 | DF |
| Conference | 4/15/2020 | Conference with DF/OC: renewed motion | 0.5 | $325.00 | $162.50 | JS |
| Read and Respond to Email | 4/15/2020 | Receive, read and prepare response to email(s) from client re: status of case | 0.2 | $175.00 | $35.00 | DF |
| Telephone Conference | 4/14/2020 | Telephone Conference(s) with JS and Greg Northen re: next steps, refiling settlement motion | 0.6 | $175.00 | $105.00 | DF |
| Telephone Conference - Attorney and Client | 4/14/2020 | Telephone Conference(s) between Attorney and Client: updating two clients on status of case | 0.3 | $175.00 | $52.50 | DF |
| Read and Respond to Email | 4/14/2020 | Receive, read and prepare response to email(s) from OC and JS re: setting up conf call to discuss settlement/next steps | 0.3 | $175.00 | $52.50 | DF |

| Task | Date | Description | Hours | Rate | Amount | Attorney |
|---|---|---|---|---|---|---|
| Read and Respond to Email | 4/14/2020 | Receive, read and prepare response to email(s) from OC | 0.1 | $325.00 | $32.50 | JS |
| Read and Respond to Email | 4/13/2020 | Receive, read and prepare response to email(s) from DF: response to order | 0.2 | $325.00 | $65.00 | JS |
| Conference | 4/13/2020 | Conference with SS re: order following agreed settlement | 0.1 | $0.00 | $0.00 | LHH |
| Read and Respond to Email | 4/13/2020 | Receive, read and prepare response to email(s) from JS re: order denying settlement | 0.3 | $175.00 | $52.50 | DF |
| Read and Respond to Email | 4/13/2020 | Receive, read and prepare response to email(s) from OC re: opt-in | 0.2 | $175.00 | $35.00 | DF |
| Telephone Conference | 4/13/2020 | Telephone Conference(s) with JS re: order denying settlement, next steps | 0.3 | $175.00 | $52.50 | DF |
| Receipt and Review | 4/13/2020 | Receipt and review of order re: settlement | 0.6 | $175.00 | $105.00 | DF |
| Compose Electronic Communication | 4/10/2020 | Compose electronic communication to DF and SS re: settlement approval rejected | 0.1 | $0.00 | $0.00 | SG |
| Telephone Conference - Attorney and Client | 4/1/2020 | Telephone Conference(s) between Attorney and Client: update Vines on status of case | 0.2 | $175.00 | $35.00 | DF |
| Telephone Conference - Attorney and Client | 4/1/2020 | Telephone Conference(s) between Attorney and Client: update two clients on status of case | 0.3 | $175.00 | $52.50 | DF |
| Telephone Conference - Attorney and Client | 3/31/2020 | Telephone Conference(s) between Attorney and Client: update three clients on status of case | 0.4 | $175.00 | $70.00 | DF |
| Conference | 3/31/2020 | Conferences with JS re: addendum | 0.3 | $175.00 | $52.50 | DF |
| Read and Respond to Email | 3/31/2020 | Receive, read and prepare response to email(s) from client: case status | 0.1 | $325.00 | $32.50 | JS |
| Telephone Conference - Attorney and Client | 3/31/2020 | Telephone Conference(s) between Attorney and Client: update two clients on status of the case | 0.3 | $175.00 | $52.50 | DF |
| Receipt and Review | 3/31/2020 | review of settlement negotiations, compiling for addendum | 0.8 | $175.00 | $140.00 | DF |

| Task | Date | Description | Hours | Rate | Amount | Atty |
|---|---|---|---|---|---|---|
| Draft Document | 3/30/2020 | Preparation and drafting of addendum re: settlement approval | 0.3 | $175.00 | $52.50 | DF |
| Work on | 3/30/2020 | Work on Client's file: compiling addendum of settlement negotiations | 1.2 | $175.00 | $210.00 | DF |
| Read and Respond to Email | 3/30/2020 | Receive, read and prepare response to email(s) from client re: updates | 0.2 | $175.00 | $35.00 | DF |
| Examination of | 3/30/2020 | Examination of emails with chambers | 0.1 | $325.00 | $32.50 | JS |
| Examination of | 3/30/2020 | Examination of email to chambers | 0.1 | $325.00 | $32.50 | JS |
| Conference | 3/30/2020 | Conference with JS re: addendum to MFA | 0.2 | $175.00 | $35.00 | DF |
| Conference | 3/30/2020 | Conference with team members re: case status | 0.1 | $175.00 | $17.50 | DF |

**TOTAL**  $14,217.00