IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANTHONY VINES and DOMINIQUE**                                      **PLAINTIFFS**
**LEWIS, Each Individually and on**
**Behalf of All Others Similarly Situated**

vs.                       No. 4:18-cv-509-BRW

**WELSPUN PIPES, INC.; WELSPUN**                                   **DEFENDANTS**
**TUBULAR, LLC; and WELLSPUN USA, INC.**

## MOTION FOR DISQUALIFICATION OR RECUSAL

COME NOW Plaintiffs Anthony Vines and Dominique Lewis, each individually and on behalf of all others similarly situated, by and through their attorneys Daniel Ford and Josh Sanford of Sanford Law Firm, PLLC, and for their Motion for Disqualification or Recusal, they do hereby state and allege as follows:

1. Plaintiffs filed this lawsuit against Defendants Welspun Pipes, Inc., Welspun Tubular, LLC, and Welspun USA, Inc. (collectively "Defendants"), on August 7, 2018, alleging claims under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and the Arkansas Minimum Wage Act, Ark. Code Ann. § 11-4-201, *et seq.* ("AMWA").

2. Plaintiffs respectfully request that this Court recuse itself and assign this case to another Court because this Court has entered orders and taken other actions in other cases (as explained below) that would lead a reasonable person to question the impartiality of this Court with respect to the Sanford Law Firm, PLLC (hereinafter "SLF"), and Josh Sanford.

Page 1 of 4
Anthony Vines, et al. v. Welspun Pipes, Inc., et al.
U.S.D.C. (E.D. Ark.) No. 4:18-cv-509-BRW
Motion for Disqualification or Recusal

3. The injury to the appearance of impartiality created by this Court's orders with respect to the SLF and Josh Sanford is exacerbated by the decision of the Court to email one of those orders to other federal court judges.

4. Additionally, on the same day that a motion requesting that this Court recuse itself in another case in which SLF serves as counsel for plaintiffs, a copy of this Court's Order in *Burton v. Nilkanth Pizza, Inc.*, No. 4:19-cv-307-BRW, Doc. No. 48 (E.D. Ark. Filed Aug. 24, 2020) (hereinafter referred to as the "*Burton* Order"), was distributed to state court judges throughout the State. The *Burton* Order was distributed under cover of an anonymous letter (hereinafter the "Letter"), which was clearly intended to discredit SLF with respect to requesting an award of attorney's fees, a copy of which Letter is attached hereto as Exhibit 1. For the reasons explained in the Brief in Support, prior to this Court's explicit denial of distributing or directing the distribution of the anonymous letter, a reasonable person could not have excluded this Court and/or a person acting at the direction of this Court as the author of the anonymous letter to the state court judges.

5. In support of the current Motion, Plaintiffs attach the following Exhibits

Exhibit 1:   Anonymous Letter; and
Exhibit 2:   Declaration of Josh Sanford.

6. The mere *appearance* of partiality as to SLF and attorney Josh Sanford negatively affects Plaintiff and the public in general, who are entitled to receive apparently impartial rulings, by undermining confidence in proceedings before this Court.

7. To be clear: **Plaintiffs are not alleging that the Court is partial or that they can prove that the Court is partial—they are instead asserting that a reasonable person would question the Court's impartiality.**

Page 2 of 4
Anthony Vines, et al. v. Welspun Pipes, Inc., et al.
U.S.D.C. (E.D. Ark.) No. 4:18-cv-509-BRW
Motion for Disqualification or Recusal

8. Plaintiffs are also not asserting that all reasonable people would conclude that the Court is biased in fact. It is instead Plaintiffs' position that reasonable people would *question* the Court's impartiality.

9. Indeed, as explained in the Brief in Support filed concurrently herewith, at least one UALR law school professor has already publicly questioned the Court's impartiality; and the media has taken up the issue and has described the Court as "blistering" Plaintiffs' counsel.

10. Accordingly, Plaintiffs respectfully request that this Court recuse, sometimes referred to as a 'disqualification,' and have this case reassigned by the Clerk of the Court to another Court pursuant to 29 U.S.C. § 455, for purposes of ruling on Plaintiffs' Motion to Alter or Amend Judgment, filed concurrently hereto, and any other motions that may be required for the duration of this case.

WHEREFORE, premises considered, Plaintiffs respectfully pray that this Court recuse; that this case be assigned to another Court; and for all other relief to which they may be entitled whether specifically prayed for or not.

**Page 3 of 4**
**Anthony Vines, et al. v. Welspun Pipes, Inc., et al.**
**U.S.D.C. (E.D. Ark.) No. 4:18-cv-509-BRW**
**Motion for Disqualification or Recusal**

Respectfully submitted,

**ANTHONY VINES and DOMINIQUE LEWIS, Each Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Daniel Ford
Ark. Bar No. 2014162
daniel@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 4 of 4
Anthony Vines, et al. v. Welspun Pipes, Inc., et al.
U.S.D.C. (E.D. Ark.) No. 4:18-cv-509-BRW
Motion for Disqualification or Recusal