IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANTHONY VINES and DOMINIQUE**                              **PLAINTIFFS**
**LEWIS, Each Individually and on**
**Behalf of All Others Similarly Situated**

vs.                            No. 4:18-cv-509-BRW

**WELSPUN PIPES, INC.; WELSPUN**                             **DEFENDANTS**
**TUBULAR, LLC; and WELLSPUN USA, INC.**

## DECLARATION OF ATTORNEY JOSH SANFORD

Pursuant to 28 U.S.C. § 1746, Josh Sanford declares, subject to the penalties for perjury, as follows:

1.     My name is Josh Sanford, and I am over the age of 18 and duly qualified to execute this Declaration and to swear to the accuracy of the facts herein contained.

2.     I am an attorney licensed and in good standing in the State of Arkansas. I practice law with the law firm of Sanford Law Firm, PLLC (hereinafter "Sanford Law Firm"), which is located in Little Rock, which I founded in Russellville in 2001. I opened an office in Little Rock in 2009 and now predominantly practice in the Arkansas District Courts, together with a busy Western District of Texas practice.

3.     Attorneys in the Sanford Law Firm were informed by a magistrate judge conducting a settlement conference in an unrelated case that the Order on the Sanford Law Firm's fee petition in *Vines v. Welspun Pipes, Inc.*, No. 4:18-cv-509-BRW, Doc. No. 95 (E.D. Ark., Filed 06/09/2020) (hereinafter the "*Vines* Order"), was emailed as a "warning" to "all the judges" by the Office of the Honorable Billy Roy Wilson. That

magistrate judge made no mention of any other orders involving the Sanford Law Firm being emailed by the Office of the Honorable Billy Roy Wilson.

4.     On Thursday, October 1, 2020, I learned that I was the subject of an anonymous letter campaign to state court judges in Arkansas. What I learned from information from the chambers of four Arkansas judges is that an anonymous letter, and in addition, the Order on attorney's fees in *Burton v. Nilkanth Pizza, Inc.*, No. 4:19-CV-00307-BRW, Doc. No. 48 (E.D. Ark. Filed Aug. 24, 2020) (hereinafter referred to as the "*Burton* Order"), was distributed via U.S. Mail on Monday, September 28, 2020. A copy of the letter-and-order is attached to Plaintiff's Motion for Disqualification or Recusal as Exhibit 1.

5.     On October 3, 2020, I contacted the original defense counsel in the *Burton* case, E.B. "Chip" Chiles, IV, and Christoph Keller, via email, to inquire as to whether they or someone in their office was involved in the letter-writing campaign. The attorneys, through Mr. Chiles, immediately denied any such involvement.

6.     Also on October 3, 2020, I contacted the current defense counsel in the *Burton* case, Brian Vandiver, via email making the same inquiry, and Mr. Vandiver denied involvement. Mr. Vandiver, going above and beyond, also conferred with his clients in the *Burton* case and confirmed that they denied any involvement in such a letter campaign.

7.     There are only so many people in the world who want to influence other judges to aggressively reduce my attorney's fee requests generally, meaning, without regard to a specific case or instance.

8.     Most people don't know who I am and of those that do, there are very few

Anthony Vines, et al. v. Welspun Pipes, Inc., et al.
U.S.D.C. (E.D. Ark.) No. 4:18-cv-509-BRW
**Declaration of Attorney Josh Sanford**

who have a negative opinion, generally, of my requests for fees.

9. The Honorable Billy Roy Wilson is the only person who I am aware of who has already (meaning prior to the anonymous letter campaign) tried to influence judges, generally, to rule against me. I wrote about this in my original Motion for Recusal in a case called *Gray v. Shoe Show, Inc.,* U.S.D.C (E.D. Ark.) Case No. 4:19-cv-627-BRW, ECF No. 49. The Honorable Judge Wilson did not deny the averment that I made therein that he had written to federal court judges in order to influence them to set my fees at a much lower amount than that which I requested. And in a similar motion filed later in a case called *Oden*, the Court again did not deny the averment.

10. As I explain in detail in the Brief associated with this Declaration, a reasonable person would have initially included as a possibility that Judge Wilson or someone working at his direction was behind the *Burton* letter writing campaign; since Judge Wilson has denied, at least in large part, the involvement of him or his staff, many or even most people would now conclude that the Court was not involved in the letter writing campaign.

11. The orders that the Honorable Judge Billy Roy Wilson has written in response to my requests for an award for fees or for approval of a settlement agreement are sometimes personal in their attacks on me.

12. Several times while speaking to various opposing counsel, I hear this question (not verbatim, of course): "Oh man Josh—what did you do to make Judge Wilson so mad at you?!?"

13. One employer-side attorney told me in June of 2021 that he was surprised that I was not already on Judge Wilson's recusal list.

14. The general consensus among attorneys against whom I litigate cases is that the Honorable Billy Roy Wilson is angry with me.

**PURSUANT TO 28 U.S.C. § 1746, I VERIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed on this 6th day of October, 2021.

*/s/ Josh Sanford*
**JOSH SANFORD**