# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 21-3537

Anthony Vines, on behalf of himself and all others similarly situated; Dominique Lewis, on behalf of himself and all others similarly situated

Plaintiffs - Appellants

v.

Welspun Pipes Inc.; Welspun Tubular LLC; Welspun USA, Inc.

Defendants - Appellees

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:18-cv-00509-BRW)

**JUDGMENT**

Before SMITH, Chief Judge, COLLOTON, and BENTON, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

June 29, 2023

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans

## John Hibbs

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Thursday, June 29, 2023 10:00 AM |
| **Subject:** | 21-3537 Anthony Vines, et al v. Welspun Pipes Inc., et al "judgment filed sua sponte affirmed" (4:18-cv-00509-BRW) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 06/29/2023

| | |
|---|---|
| **Case Name:** | Anthony Vines, et al v. Welspun Pipes Inc., et al |
| **Case Number:** | 21-3537 |
| **Document(s):** | Document(s) |

**Docket Text:**
JUDGMENT FILED - The judgment of the Originating Court is AFFIRMED in accordance with the opinion LAVENSKI R. SMITH, STEVEN M. COLLOTON and DUANE BENTON Hrg May 2023 [5291147] [21-3537] (Maddison Barra)

**Notice will be electronically mailed to:**

Mr. J. Bruce Cross: bcross@cgwg.com, kminix@cgwg.com
Mr. Josh Sanford: sanfordlawfirm@recap.email, ecfnotices@sanfordlawfirm.com
Mr. Gregory J. Northen: gnorthen@southernadmin.com
Mr. Alexander Dylan Clark: aclark@cgwg.com, ccarrethers@cgwg.com
Mr. Daniel D. Ford: daniel@sanfordlawfirm.com, ecfnotices@sanfordlawfirm.com
Ms. Clerk, U.S. District Court, Eastern District of Arkansas, Clerk of Court: ared_appeals@ared.uscourts.gov

The following document(s) are associated with this transaction:
**Document Description:** Judgment With Opinions
**Original Filename:** /opt/ACECF/live/forms/MaddisonBarra_213537_5291147_JudgmentsWithOpinions_258.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=06/29/2023] [FileNumber=5291147-0]
[9ae91ce52cc0c93ee3bf6259d209d345878d05eef6cb46322a38703739bd8f4168d5d6055e3f188fe26ccc21c4cbdb8d923
7f26ee274e2c5a60b47a8fd212a9a]]
**Recipients:**

- Mr. Alexander Dylan Clark
- Ms. Clerk, U.S. District Court, Eastern District of Arkansas, Clerk of Court

- [Mr. J. Bruce Cross](#)
- [Mr. Daniel D. Ford](#)
- [Mr. Gregory J. Northen](#)
- [Mr. Josh Sanford](#)

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 5291147
**RELIEF(S) DOCKETED:**
  affirmed
**DOCKET PART(S) ADDED:** 7306449, 7306450, 7306451