IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ANTHONY VINES AND DOMINIQUE LEWIS,
Individually and on Behalf of All Others Similarly Situated       PLAINTIFFS

VS.                             4:18-CV-00509-BRW

WELSPUN PIPES, INC., et al                                        DEFENDANTS

SANFORD LAW FIRM                                                  RESPONDENT

NOTICE OF ENTRY OF APPEARANCE
AS ATTORNEY FOR SANFORD LAW FIRM

Comes Jeff Rosenzweig and hereby states that he has been retained to represent Sanford Law Firm and that he enters his appearance as attorney for Sanford Law Firm.

/s/ Jeff Rosenzweig
_____
JEFF ROSENZWEIG
Ark. Bar No. 77115
300 Spring St. Suite 310
Little Rock, AR 72201
(501) 372-5247
jrosenzweig@att.net

*Attorney for Defendant*