IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ANTHONY VINES AND DOMINIQUE LEWIS,
Individually and on Behalf of All Others Similarly Situated        PLAINTIFFS

VS.                              4:18-CV-00509-BRW

WELSPUN PIPES, INC., et al                                         DEFENDANTS

SANFORD LAW FIRM                                                   RESPONDENT

MOTION FOR CONTINUANCE OF SHOW CAUSE HEARING

Comes the Respondent, Sanford Law Firm, through its attorney, Jeff Rosenzweig, and for its Motion for Continuance of Show Cause Hearing states:

1. On June 29, 2023 the Court issued a show cause order accusing the Sanford Law Firm (SLF) of contempt of court and violation of Rule 11, FRCP.  In the order, the Court set a hearing for July 19, 2023.

2. The Court invited the Sanford Law Firm to obtain outside counsel.  Sanford Law Firm has retained the undersigned.   On July 6, counsel filed a Motion for Bill of Particulars seeking clarity and specificity as to what it at issue in the proceedings. (Doc. 122).

3. SLF hereby seeks a continuance of the hearing from July 19 to a date after

it and counsel will have received the information sought in the Motion for Bill of Particulars. Furthermore, counsel's upcoming court schedule will make it difficult to prepare for a July 19 hearing, especially with the new information expected to be forthcoming.[1]

WHEREFORE, Sanford Law Firm respectfully requests a continuance of the show cause hearing currently scheduled for July 19.

SANFORD LAW FIRM

/s/ Jeff Rosenzweig

_____
JEFF ROSENZWEIG
Ark. Bar No. 77115
300 Spring St. Suite 310
Little Rock, AR 72201
(501) 372-5247
jrosenzweig@att.net
*Attorney for Respondent Sanford Law Firm*

---

[1] Counsel has a hearing on a motion for new trial on a jury misconduct issue in a murder case in Chicot County on July 13, *State v. Tait*; a hearing on various motions in a murder case in Monroe County on July 14, *State v. Nady*; a hearing on privileges and expert witnesses in a rape case in Miller County on July 20, *State v. McDaniel*; and a weeklong murder trial in the *Nady* case beginning July 25.