**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**ANTHONY VINES and DOMINIQUE**                                 **PLAINTIFFS**
**LEWIS, Each Individually and on**
**Behalf of All Others Similarly Situated**

**V.**                              **NO. 4:18-CV-0509-BRW**

**WELSPUN PIPES, INC.; WELSPUN**                               **DEFENDANTS**
**TUBULAR, LLC; and WELSPUN USA, INC.**

## MOTION TO FOR SUBSTITUTION OF COUNSEL

Defendants Welspun Pipes, Inc., Welspun Tubular, LLC, and Welspun USA, Inc. (Defendants), by and through their undersigned counsel, Cross, Gunter, Witherspoon & Galchus, P.C., and for its Motion for Substitution of Counsel, state:

1. J. Bruce Cross and Gregory J. Northen, of Cross, Gunter, Witherspoon & Galchus, P.C., are currently identified as counsel of record for Defendants in the above-captioned matter.

2. Effective on or about December 31, 2022, Mr. Northen resigned his position with Cross, Gunter, Witherspoon & Galchus, P.C., and is currently employed as Chief Legal Officer for Southern Administrative Services, LLC. *See* **Exhibit 1** (*Declaration of Gregory J. Northen*). Consequently, Mr. Northen desires to withdraw as counsel for Defendants for all further proceedings in this Matter. *See id.*

3. Mr. Cross will remain as counsel for Defendants.

4. Therefore, Defendants request that Mr. Northen be relieved as counsel for Defendants and that Alexander D. Clark, of Cross, Gunter Witherspoon & Galchus, P.C., be substituted in place of Mr. Northen as their counsel of record for all further proceedings in the above-referenced matter.

5.      No party will be prejudiced by Mr. Northen's withdrawal.

WHEREFORE, Defendants respectfully request that the Court enter an Order allowing the withdrawal and release of Gregory J. Northen as counsel of record and substituting Alexander D. Clark as counsel of record for Defendants in the above-referenced matter.

> Respectfully submitted,
>
> J. Bruce Cross, Ark. Bar No. 74085
> Alexander D. Clark, Ark. Bar No. 2017112
> CROSS, GUNTER, WITHERSPOON
>   & GALCHUS, P.C.
> 500 President Clinton Avenue, Suite 200
> Little Rock, Arkansas 72201
> (501) 371-9999
> Fax: (501) 371-0035
> bcross@cgwg.com
> aclark@cgwg.com