## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

ANTHONY VINES and DOMINIQUE LEWIS, Each Individually and on Behalf of All Others Similarly Situated     PLAINTIFFS

V.     NO. 4:18-CV-0509-BRW

WELSPUN PIPES, INC.; WELSPUN TUBULAR, LLC; and WELSPUN USA, INC.     DEFENDANTS

### DECLARATION OF GREGORY J. NORTHEN

I, Gregory J. Northen, being duly sworn, do hereby state under oath the following:

1. My name is Gregory J. Northen. I am over the age of 21 and competent to execute this declaration. This declaration is based upon my personal knowledge, information, and belief.

2. I am the Chief Legal Officer (CLO) for Southern Administrative Services, LLC (SAS). I began my employment as CLO at SAS in or about January 2023.

3. Prior to the commencement of my employment with SAS, I was an attorney at Cross, Gunter, Witherspoon & Galchus, P.C. (CGWG).

4. While I was an attorney at CGWG, I, along with J. Bruce Cross, also of CGWG, were counsel of record for the Defendants Welspun Pipes, Inc., Welspun Tubular, LLC, and Welspun USA, Inc., in the above-captioned matter.

5. I resigned my position with CGWG on or about December 31, 2022.

6. I am no longer associated with CGWG and desire to be relieved as counsel of record for Defendants in the above-referenced matter.

7. Mr. Cross remains as counsel of record for Defendants in the above-referenced matter.

EXHIBIT 1

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing declaration is true and correct to the best of my knowledge and belief.

Executed on July 11th, 2023.

_____
Gregory J. Northen