## CLERK'S MINUTES

Vines, et al
Plaintiff
   Repr by  Jeffrey Rosenzweig
        Joshua Sanford

Judge  Billy Roy Wilson
Reporter  Elaine Hinson
Courtroom Deputy  Melanie Beard
Date  07/19/2023

Case No.  4:18CV00509 BRW

v.

Welspun Pipes, et al
Defendant
   Repr by  Alexander Clark

Court Proceeding  Show Cause Hearing

Time:

2:00PM- Case called. Joshua Sanford and Sanford Law Firm, respondents in Show Cause hearing. Respondents renew motion for Bill of Particulars. Motion overruled. Respondents call Atty. Greg Northern. Direct examination held. No other evidence presented. Argument(s) made by Respondents. Court in brief recess to determine a ruling. Court resumes and enters Findings of Facts and Conclusion of Law as to the respondents. Sanctions imposed. Respondents request stay of order while on appeal. Motion denied. Respondents request 10 day stay for emergency appeal to 8th Circuit. Motion denied, exception saved. Court is in recess. 2:45PM.