IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ANTHONY VINES AND DOMINIQUE LEWIS,
Individually and on Behalf of All Others Similarly Situated        PLAINTIFFS

VS.                              4:18-CV-00509-BRW

WELSPUN PIPES, INC., et al                                        DEFENDANTS

SANFORD LAW FIRM                                                   RESPONDENT

JOSH SANFORD                                          SANCTIONED ATTORNEY [1]

NOTICE OF APPEAL TO THE
UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

The Sanford Law Firm and Josh Sanford, suspended from the practice of law for two years in the Eastern District of Arkansas by order of one District Judge, appeal to the United States Court of Appeals for the Eighth Circuit from such order announced from the bench in open court on July 19, 2023 and memorialized by minute order (Doc 128) which notes that a full order will be forthcoming.

The parties to the judgment appealed from, which appear to be the assessment

---

[1] Josh Sanford was not individually made a respondent to the show cause order but was nonetheless sanctioned.

1

of Rule 11 sanctions and possibly contempt of court, assessed on the initiative of the District Court, are SANFORD LAW FIRM and JOSH SANFORD. They are represented by undersigned counsel, Jeff Rosenzweig.

    SANFORD LAW FIRM
    JOSH SANFORD

    /s/ Jeff Rosenzweig
    _____
    JEFF ROSENZWEIG
    Ark. Bar No. 77115
    300 Spring St. Suite 310
    Little Rock, AR 72201
    (501) 372-5247
    jrosenzweig@att.net