# U.S. District Court

## Arkansas Eastern - Little Rock

Receipt Date: Jul 20, 2023 8:42AM

JOSHUA SANFORD
SANFORD LAW FIRM
10800 FINANCIAL CENTRE PKWY
SUITE 810
LITTLE ROCK, AR 72211

Rcpt. No: 2917              Trans. Date: Jul 20, 2023 8:42AM                    Cashier ID: #LJ

| CD   | Purpose                                | Case/Party/Defendant  | Qty | Price  | Amt    |
|------|----------------------------------------|-----------------------|-----|--------|--------|
| 203B | Notice of Appeal/Docketing-PLRA- Fee-PIF | DARE418CV000509 /001 | 1   | 505.00 | 505.00 |

| CD | Tender      | Amt      |
|----|-------------|----------|
| CC | Credit Card | $505.00  |

Total Due Prior to Payment: $505.00
Total Tendered: $505.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 20 2023

TAMMY H. DOWNS, CLERK
By: _____
                    DEP CLERK