# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 21-3537

Anthony Vines, on behalf of himself and all others similarly situated and Dominique Lewis, on behalf of himself and all others similarly situated

Appellants

v.

Welspun Pipes Inc., et al.

Appellees

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:18-cv-00509-BRW)

---

**MANDATE**

In accordance with the opinion and judgment of June 29, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

July 20, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit

## John Hibbs

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Thursday, July 20, 2023 10:12 AM |
| **Subject:** | 21-3537 Anthony Vines, et al v. Welspun Pipes Inc., et al "Mandate Issued" (4:18-cv-00509-BRW) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 07/20/2023

| | |
|---|---|
| **Case Name:** | Anthony Vines, et al v. Welspun Pipes Inc., et al |
| **Case Number:** | 21-3537 |
| **Document(s):** | Document(s) |

**Docket Text:**
MANDATE ISSUED. [5297673] [21-3537] (Maddison Barra)

**Notice will be electronically mailed to:**

Mr. Alexander Dylan Clark: aclark@cgwg.com, ccarrethers@cgwg.com
Ms. Clerk, U.S. District Court, Eastern District of Arkansas, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. J. Bruce Cross: bcross@cgwg.com, kminix@cgwg.com
Mr. Daniel D. Ford: daniel@sanfordlawfirm.com, ecfnotices@sanfordlawfirm.com
Mr. Gregory J. Northen: gnorthen@southernadmin.com
Mr. Josh Sanford: sanfordlawfirm@recap.email, ecfnotices@sanfordlawfirm.com
Honorable Billy Roy Wilson, U.S. District Judge: Bill_Wilson@ared.uscourts.gov, Matt_Morgan@ared.uscourts.gov

The following document(s) are associated with this transaction:
**Document Description:** Mandate
**Original Filename:** /opt/ACECF/live/forms/MaddisonBarra_213537_5297673_MandateIssuedForms_386.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=07/20/2023] [FileNumber=5297673-0]
[50f0f86e3b3e0d0e34843241786aba27aad4190702a4c751751231822b671a31cc0edc90b0ac79e10127e93ca35c660bcb
91ee53e68584918bbc7509d478f9b1]]
**Recipients:**

- Mr. Alexander Dylan Clark
- Ms. Clerk, U.S. District Court, Eastern District of Arkansas, Clerk of Court
- Mr. J. Bruce Cross

- Mr. Daniel D. Ford
- Mr. Gregory J. Northen
- Mr. Josh Sanford
- Honorable Billy Roy Wilson, U.S. District Judge

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 5297673
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 7321747