IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ANTHONY VINES AND DOMINIQUE LEWIS,
Individually and on Behalf of All Others Similarly Situated        PLAINTIFFS

VS.                             4:18-CV-00509-BRW

WELSPUN PIPES, INC., et al                                         DEFENDANTS

SANFORD LAW FIRM                                                   RESPONDENT

JOSH SANFORD                                        SANCTIONED ATTORNEY [1]

### MOTION TO RECOGNIZE JOSH SANFORD INDIVIDUALLY AS A PARTY IN ORDER TO CLARIFY HIS RIGHT TO APPEAL

Come the Sanford Law Firm and Josh Sanford individually, through their attorney, Jeff Rosenzweig and for his Motion to Recognize Josh Sanford Individually as a Party in Order to Clarify His Right to Appeal states:

1. The show cause order in this matter (Doc 120) was directed at the Sanford Law Firm "through its managing partner Josh Sanford" for "it" to show cause.

2. In the show cause hearing on July 19, 2023, the Court announced from the bench a sanction against the Sanford Law Firm and against Josh Sanford

---

[1] Josh Sanford was not individually made a respondent to the show cause order but was nonetheless sanctioned.

1

individually.

3.  A notice of appeal (Doc 129) was filed on behalf of both the Sanford Law Firm and Josh Sanford individually, as is permitted before the formal order is entered. Rule 4(a)(2), F.R.A.P.   However, the CM/ECF system did not recognize Sanford individually as a party.

4.  In order that there be no confusion or ambiguity, it is requested that the Court direct the Clerk to list Sanford as a respondent for the purpose of clarifying his right to appeal the sanctions order.   This request is not to be construed as a waiver of Sanford's argument that he did not have notice that he was in jeopardy of being sanctioned in his individual capacity.

WHEREFORE, it is prayed that the Clerk be directed to list Josh Sanford as a party in this matter.

                                          SANFORD LAW FIRM
                                          JOSH SANFORD

                                          /s/ Jeff Rosenzweig
                                          _____

                                          JEFF ROSENZWEIG
                                          Ark. Bar No. 77115
                                          300 Spring St. Suite 310
                                          Little Rock, AR 72201
                                          (501) 372-5247
                                          jrosenzweig@att.net