# United States Court of Appeals
## *For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

July 21, 2023

Mr. Jeffrey M. Rosenzweig
Suite 310
300 Spring Building
Little Rock, AR  72201-2421

RE:  23-2682  In re: Sanford Law Firm, et al

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

A briefing schedule has not been established at this time.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

CJO

Enclosure(s)

cc: Ms.  Clerk, U.S. District Court, Eastern District of Arkansas
    Ms. Elaine M Hinson

    District Court/Agency Case Number(s):   4:18-cv-00509-BRW

**Caption For Case Number:   23-2682**

Anthony Vines, on behalf of himself and all others similarly situated; Dominique Lewis, on behalf of himself and all others similarly situated

       Plaintiffs

v.

Welspun Pipes Inc.; Welspun Tubular LLC; Welspun USA, Inc.

       Defendants

Sanford Law Firm; Josh Sanford

       Respondents - Appellants

**Addresses For Case Participants:   23-2682**

Mr. Jeffrey M. Rosenzweig
Suite 310
300 Spring Building
Little Rock, AR  72201-2421

Ms.  Clerk, U.S. District Court, Eastern District of Arkansas
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR  72201-0000

Ms. Elaine M Hinson
C411
600 W. Capitol Avenue
Little Rock, AR  72201-0000

# John Hibbs

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Friday, July 21, 2023 12:09 PM |
| **Subject:** | 23-2682 In re: Sanford Law Firm, et al "CIVIL case docketed" (4:18-cv-00509-BRW) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 07/21/2023

| | |
|---|---|
| **Case Name:** | In re: Sanford Law Firm, et al |
| **Case Number:** | 23-2682 |
| **Document(s):** | Document(s) |

**Docket Text:**
Civil case docketed. [5298199] [23-2682] (Christa Obucina)

**Notice will be electronically mailed to:**

Ms. Clerk, U.S. District Court, Eastern District of Arkansas, Clerk of Court: ared_appeals@ared.uscourts.gov
Ms. Elaine M Hinson, Court Reporter: elaine_hinson@ared.uscourts.gov
Mr. Jeffrey M. Rosenzweig: jrosenzweig@att.net, leejoshr@gmail.com, smwbraden@gmail.com

The following document(s) are associated with this transaction:
**Document Description:** Civil Docketing Letter
**Original Filename:** /opt/ACECF/live/forms/ChristaObucina_232682_5298199_CivilDocketingLetters_104.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=07/21/2023] [FileNumber=5298199-0]
[9e85ba33594cf3818e033d0786491d43e6c079f63f072407fa8f5be738a111fd115f6de5d8595f2f352033a3fa42cdcee51225b70efe1d06a28466dcb8d2cb62]]
**Recipients:**

- Ms. Clerk, U.S. District Court, Eastern District of Arkansas, Clerk of Court
- Ms. Elaine M Hinson, Court Reporter
- Mr. Jeffrey M. Rosenzweig

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 5298199
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 7322728, 7322729