# TRANSMITTAL SHEET

**TO:** Clerk, USCA 8  **DATE:** 7/21/2023

**FROM:** U.S. District Court Clerk
Eastern District of Arkansas
Little Rock, Arkansas

**APPEAL NO:** 23-02682

**DISTRICT COURT NO.** 4:18-cv-00509-BRW

**TRANSMITTED HEREWITH:**

**VOLUME:**

Transcript

Volume and Date: Copy of Docket Entry #133 (Transcript of Show Cause Hearing)
Volume and Date:
Volume and Date:

In Camera Documents

Exhibits

Plaintiff(s) _____
Defendant(s) _____
Joint _____

**COMMENTS:**

*********************************************************************

**USCA 8 ACKNOWLEDGMENT**

RECEIPT

By: _____
Deputy Clerk