# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-2682

Anthony Vines, on behalf of himself and all others similarly situated and Dominique Lewis, on behalf of himself and all others similarly situated

v.

Welspun Pipes Inc., et al.

Sanford Law Firm and Josh Sanford

Appellants

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:18-cv-00509-BRW)

---

**ORDER**

Appellants' motion for stay pending appeal is granted. An expedited briefing schedule will be entered by separate order.

July 25, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
       /s/ Michael E. Gans

# Crystal Newton

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Tuesday, July 25, 2023 3:43 PM |
| **Subject:** | 23-2682 In re: Sanford Law Firm, et al "Judge Order Filed granting for stay" (4:18-cv-00509-BRW) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

**Eighth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was filed on 07/25/2023

| | |
|---|---|
| **Case Name:** | In re: Sanford Law Firm, et al |
| **Case Number:** | 23-2682 |
| **Document(s):** | Document(s) |

**Docket Text:**
JUDGE ORDER:Appellant's motion for stay pending appeal is granted [5298390-2]. An expedited briefing schedule will be entered by separate order. Adp July 2023 [5299437] [23-2682] (Elizabeth Greenwood)

**Notice will be electronically mailed to:**

Ms. Clerk, U.S. District Court, Eastern District of Arkansas, Clerk of Court: ared_appeals@ared.uscourts.gov
Ms. Elaine M Hinson, Court Reporter: elaine_hinson@ared.uscourts.gov
Mr. Jeffrey M. Rosenzweig: jrosenzweig@att.net, leejoshr@gmail.com, smwbraden@gmail.com
Honorable Billy Roy Wilson, U.S. District Judge: Bill_Wilson@ared.uscourts.gov, Matt_Morgan@ared.uscourts.gov

The following document(s) are associated with this transaction:
**Document Description:** Court Order
**Original Filename:** /opt/ACECF/live/forms/BethGreenwood_232682_5299437_BlankOrder_123.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=07/25/2023] [FileNumber=5299437-0]
[bb2f24848efb6ec15203a19c159a1721193c72e2e9884d701200a452e586f6658848a4c453bf10240a3953b619a5e97bb17ea0b2638b9c836d344b7eed00968f]]
**Recipients:**

- Ms. Clerk, U.S. District Court, Eastern District of Arkansas, Clerk of Court
- Ms. Elaine M Hinson, Court Reporter
- Mr. Jeffrey M. Rosenzweig
- Honorable Billy Roy Wilson, U.S. District Judge

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 5299437
**RELIEF(S) DOCKETED:**
  for stay
  for stay
**DOCKET PART(S) ADDED:** 7325096, 7323109, 7322766, 7325097