UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No: 23-2682

Anthony Vines, on behalf of himself and all others similarly situated and Dominique Lewis, on behalf of himself and all others similarly situated

v.

Welspun Pipes Inc., et al.

Sanford Law Firm and Josh Sanford

Appellants

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:18-cv-00509-BRW)

---

**ORDER**

On the court's own motion, Mr. Landon Magnusson is appointed as an amicus in the case and is requested to file a brief in response to the appellants' brief.   While the court is unable to pay Mr. Magnusson a fee, he may recover his costs in the matter, including any travel costs. See http://ecf.ca8.uscourts.gov/files/Civil-Appointment-Information. pdf

The following briefing schedule is established for the case:

| | |
|---|---|
| Appellants' Brief, Addendum, and Appendix | August 11, 2023 |
| Amicus Brief | September 1, 2023 |
| Appellants' Reply Brief | September 8, 2023 |

Upon review of the briefs, the court will determine whether oral argument will be scheduled, and counsel  will be advised of that determination at the earliest possible date.

July 27, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

---

/s/ Michael E. Gans

**John Hibbs**

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Thursday, July 27, 2023 11:39 AM |
| **Subject:** | 23-2682 In re: Sanford Law Firm, et al "Judge Order Filed sua sponte establish a briefing schedule" (4:18-cv-00509-BRW) |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 07/27/2023

| | |
|---|---|
| **Case Name:** | In re: Sanford Law Firm, et al |
| **Case Number:** | 23-2682 |
| **Document(s):** | Document(s) |

**Docket Text:**
JUDGE ORDER: On the court's own motion, Mr. Landon Magnusson is appointed as an amicus in the case and is requested to file a brief in response to the appellants' brief. While the court is unable to pay Mr. Magnusson a fee, he may recover his costs in the matter, including any travel costs. See http://ecf.ca8.uscourts.gov/files/Civil-Appointment-Information. pdf

The following briefing schedule is established for the case:

Appellants' Brief, Addendum, and Appendix due August 11, 2023
Amicus Brief due September 1, 2023
Appellants' Reply Brief due September 8, 2023

Upon review of the briefs, the court will determine whether oral argument will be scheduled, and counsel will be advised of that determination at the earliest possible date. Adp July 2023 [5300258] [23-2682] (Amanda Trautt)

**Notice will be electronically mailed to:**

Ms. Clerk, U.S. District Court, Eastern District of Arkansas, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Landon Wade Magnusson: lmagnusson@withersbrant.com
Mr. Jeffrey M. Rosenzweig: jrosenzweig@att.net, leejoshr@gmail.com, smwbraden@gmail.com
Honorable Billy Roy Wilson, U.S. District Judge: Bill_Wilson@ared.uscourts.gov, Matt_Morgan@ared.uscourts.gov

The following document(s) are associated with this transaction:
**Document Description:** Court Order

1

**Original Filename:** /opt/ACECF/live/forms/AmandaTrautt_232682_5300258_BlankOrder_123.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=07/27/2023] [FileNumber=5300258-0]
[b937d758bc7f506c2530f055b70088d0109a313d9ed1fa1056a7398745d92fffda397b087cac8c7aac4ff8a1ca7938e610aabe34396c1034ba8e7555b67d7e6f]]
**Recipients:**

- Ms. Clerk, U.S. District Court, Eastern District of Arkansas, Clerk of Court
- Mr. Landon Wade Magnusson
- Mr. Jeffrey M. Rosenzweig
- Honorable Billy Roy Wilson, U.S. District Judge

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 5300258
**RELIEF(S) DOCKETED:**
  establish a briefing schedule
  appointment of civil counsel
**DOCKET PART(S) ADDED:** 7326663, 7326664, 7326665, 7326666