UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

**APPEAL BRIEFING SCHEDULE ORDER**

Appeal No.     23-2682   In re: Sanford Law Firm, et al                              4:18-cv-00509-BRW

Date:          July 27, 2023

**APPEAL REQUIREMENTS**

1. Complete and file immediately:
   A. Corporate Disclosure Statement. See 8th Cir. R. 26.1A.
   B. Entry of Appearance Form.
      Forms are available at: www.ca8.uscourts.gov/all-forms

2. Prepare the Record on Appeal:
   A. Within 10 days, confer with opposing counsel and determine the method of Appendix preparation. See FRAP 30 and 8th Cir. R. 30A.
   B. Within 14 days, order any transcripts required for the appeal and arrange for payment. If no transcript is required, file a certificate of waiver. See FRAP 10(b). Appellee should order any additional transcripts within 14 days of appellant's order.
   C. Review the "Record on Appeal" at: www.ca8.uscourts.gov/appeal-preparation-information .

3. Review "Briefing Checklist" and "Pointers on Preparing Briefs" at:
   www.ca8.uscourts.gov/appeal-preparation-information .

**GENERAL INFORMATION**

   The following filing dates are established for the appeal. The dates will only be extended upon the filing of a timely motion establishing good cause for an extension of time. An extension of time automatically extends the filing date for the responding or replying party's brief. Dates are advanced if a party files its brief before the due date. Please refer to FRAP 25, FRAP 26 and FRAP 31 for provisions governing filing and service, as well as computing and extending time.

   The Federal Rules of Appellate Procedure and the Eighth Circuit's Local Rules may be found at www.ca8.uscourts.gov/rules-procedures

   The Practitioner's Handbook and the Court's Internal Operating Procedures may also be found at the same address.

## APPEAL BRIEFING SCHEDULE
## FILING DATES:

Method of Appendix Preparation Notification. . . . . . . . . . . . . . . . . . . . . . . **5 days from today**

Designation & Statement of Issues-Appellant . . . . . . . . . . . . . . . . . . . . . . 5 **days from today**

Designation of Record-Amicus . . . . . . . . . . . . 7 **days from service of appellant's designation**

Appendix (3 copies) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **08/11/2023**
   **( Josh Sanford & Sanford Law Firm )**

Appellant Brief with addendum . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **08/11/2023**
   **( Josh Sanford & Sanford Law Firm )**

Amicus Brief. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **09/01/2023**

Appellant Reply Brief . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**09/08/2023**

## ALL BRIEFS AND APPENDICES SHOULD BE
## FILED WITH THE ST. LOUIS OFFICE

# John Hibbs

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Thursday, July 27, 2023 12:00 PM |
| **Subject:** | 23-2682 In re: Sanford Law Firm, et al "Civil Briefing Schedule Set" (4:18-cv-00509-BRW) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

**Eighth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was filed on 07/27/2023

| | |
|---|---|
| **Case Name:** | In re: Sanford Law Firm, et al |
| **Case Number:** | 23-2682 |
| **Document(s):** | Document(s) |

**Docket Text:**
BRIEFING SCHEDULE SET AS FOLLOWS:

Appellants' brief, Addendum, and Appendix are due August 11, 2023, Amicus brief is due September 1, 2023, and Appellants' reply brief is due September 8, 2023.
[5300293] [23-2682] (Elizabeth Greenwood)

**Notice will be electronically mailed to:**

Ms. Clerk, U.S. District Court, Eastern District of Arkansas, Clerk of Court: ared_appeals@ared.uscourts.gov
Ms. Elaine M Hinson, Court Reporter: elaine_hinson@ared.uscourts.gov
Mr. Landon Wade Magnusson: lmagnusson@withersbrant.com
Mr. Jeffrey M. Rosenzweig: jrosenzweig@att.net, leejoshr@gmail.com, smwbraden@gmail.com

The following document(s) are associated with this transaction:
**Document Description:** Briefing Schedule
**Original Filename:** /opt/ACECF/live/forms/BethGreenwood_232682_5300293_AppealBriefingSchedule_172.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=07/27/2023] [FileNumber=5300293-0]
[8661dead9efc44aa5385932782dc9e00b473e8a36c58f6cf5627393761544def2182ddc68fe854acb6c14332ac596173b50
c4420fb4f31111b980d92f985ed5f]]
**Recipients:**

- Ms. Clerk, U.S. District Court, Eastern District of Arkansas, Clerk of Court
- Ms. Elaine M Hinson, Court Reporter

- [Mr. Landon Wade Magnusson](#)
- [Mr. Jeffrey M. Rosenzweig](#)

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 5300293
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 7326723, 7326724