# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-2682

In re: Sanford Law Firm; Josh Sanford

Appellants

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Jun 28, 2024
Tammy H. Downs, Clerk
By: ForrestDunn D.C.
DEP CLERK

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:18-cv-00509-BRW)

## JUDGMENT

Before SMITH, Chief Judge, COLLOTON, and BENTON, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the district court's order imposing sanctions on SLF and Sanford is REVERSED in accordance with the opinion of this court.

June 28, 2024

Order Entered in Accordance with Opinion:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
            /s/ Maureen W. Gornik