UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Jul 19, 2024
Tammy H. Downs, Clerk
By: JohnHibbs D.C.
DEP CLERK

No: 23-2682

In re: Sanford Law Firm and Josh Sanford

Appellants

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:18-cv-00509-BRW)

**MANDATE**

In accordance with the opinion and judgment of June 28, 2024, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

July 19, 2024

Acting Clerk, U.S. Court of Appeals, Eighth Circuit